**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANDERSON ALEXANDER,**                                                                    **PETITIONER**
Reg. #08919-043

VS.                            CASE NO. 2:13CV00098 BSM

**ANTHONY HAYNES, Warden
Federal Correctional Complex,
Forrest City, Arkansas**                                                                   **RESPONDENT**

<u>**ORDER**</u>

The recommended disposition submitted by United States Magistrate Judge Beth Deere and the objections filed by the petitioner have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the recommended disposition should be, and hereby is, approved and adopted in its entirety.

Petitioner Anderson Alexander's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October 2013.

_____
UNITED STATES DISTRICT JUDGE